JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| HAZEL R., an Individual, | Case No. 2:24-cv-02203-ADS |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Decision and Order Affirming Decision filed herewith, IT IS HEREBY ADJUDGED that the decision of the Commissioner of Security is affirmed, and this matter is dismissed with prejudice.

Dated: 03/10/2025                  /s/ Autumn D. Spaeth
                                                     HONORABLE AUTUMN D. SPAETH
                                                     United States Magistrate Judge